UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-61557-CV-MARRA/WHITE

The attached hand-written document
has been scanned and is
also available in the
SUPPLEMENTAL
PAPER FILE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 11-61557-CV-MARRA/WHITE

Gabriel Brian Dock
Plaintiff

v.

Broward County Sheriff's Office

Verizon Wireless
Defendant(s)

FILED by SAS D.C.

JUL 13 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

t/div 1983 550 FTL
Case # _____
Judge _____ Mag PAW
Motn Ifp Yes Fee pd $ 0
Receipt # _____

A COMPLAINT UNDER THE STORED COMMUNICATIONS ACT (18 U.S.C. §2707)

I. Parties

Name of Plaintiff: Gabriel Brian Dock

Inmate #: 500902729

Address: Broward County Main Jail, P.O. Box 9356, Ft. Lauderdale, FL 33310

Defendant: Broward County Sheriff's Office

is employed as: A law enforcement agency

at: 2601 W. Broward Blvd., Ft. Lauderdale, FL 33312

Additional Defendants: Verizon Wireless

15 Federal Rd., Brookfield, CT 06804

Page 1 of 6

- II. Statement of claim

On March 16th of 2009, I was taken into custody by the Broward County Sheriff's Office. I was taken to their headquarters, placed in an interrogation room, and questioned on video by Detective Luis Rivera. During this interrogation Detective Rivera made multiple references to knowing my past locations (whereabouts) via my Verizon Wireless cellular telephone (at video stamped times 13:18, 13:20-21, 13:26, and 14:25-28). He explains knowing specific locations (which he states) by how my cell-phone registers off certain cellular towers during calls, and knowing who I've called by my cellular phone records. Also known in courts as "Historical Cellular Site Information".

On July 23rd of 2009, Assistant State Attorney Gregg Rossman, submitted the state's discovery to the court. Listed and included was "Defendants Cellular Phone Records dated 3/09/09 - 3/11/09" (Exhibit "A" pg #2, #45). This originally consisted of 2 pages, but at a later date a third page was submitted continuing from 3/11/09 thru 3/13/09. These "records" could only have come from the cellular service provider, Verizon Wireless. These

pages (Exhibit "B") detail the records of 94 seperate phone calls either made or received by me on my cellular telephone (cellular telephone number 954-547-3019). Each individual call on these records shows the date and time of call, type of call, switchboard, cellular tower I registered on at start and end of call (Term ~~Cell~~ and Original C/G), which side of tower (Orig and Term Cell Face), number called, and number which call originated from. Each record of each call is unique and completely seperate of every other call. These "call records" disclose my past physical locations as Detective Rivera explained on video. (note - This video is in Rivera's custody as evidence, as well as the State Attorney's Office, Gregg Rossman, as part of Case No. 09-4970CF10A in Broward County Circuit Court).

   On the same date of July 23rd of 2009, the discovery submitted also contained copies of, "Applications for Orders for a "Pen Register/Trap And Trace" device installation, "Real Time Cellular Site Information", the court orders for both, And a "Exigent Situation Form for Verizon Wireless" (Exhibit "A", pg #1, #'s 21-25). This "Exigent Situation

Form" requests "1. Subscriber Info 2. Pen Register w/ cell site info" (Exhibit "C"). Not one of these documents requested nor gave any statutory authorization for Verizon to disclose or Broward Sheriff's Office to receive my historical cellular site/phone records.

On October 11th of 2010 my lawyer, H. Dohn Williams, filed on my behalf a "Sixth Motion to Compel RE: Discovery", specifically requesting the documents used to acquire my historical cellular site information and telephone records. On January 10th of 2011, State Attorney Gregg Rossman stated in court before the Honorable Judge Mathew Destry that Detective Rivera and himself had disclosed all documents, records, evidence, etc. that there was.

The Stored Communications Act (18 U.S.C. § 2701-2712) outlines the circumstances and legal requirements that enable a cellular phone service provider to lawfully disclose information held and stored by them of their users, costumers, and subscribers to a law enforcement agency. The Act also outlines the circumstances and legal requirements that enable a law enforcement agency

Page 4 of 6

to request and obtain information from a cellular service provider. Historical cellular site information is obtainable under 18 U.S.C. § 2703.

It is overwhelmingly evident that my rights were violated by both Verizon Wireless and the Broward County Sheriff's Office, and that I may obtain relief under the Stored Communications Act (18 U.S.C. § 2707). Both defendants willfully and intentionally unlawfully disclosed, obtained, and used my historical cellular site information and cellular phone records. Both companies also violated my Fourth Amendment Rights, thus violating the U.S. Constitution. I had a reasonable expectation of privacy in my physical locations and cellular records that were disclosed unlawfully. The Stored Communications Act was enacted to protect cellular service providers, customers, and users from unlawful intrusion and disclosure of their constitutionally protected "information" while also providing an avenue for law enforcement to obtain this "information". I seek the relief afforded me under 18 U.S.C. § 2707(b)(c).

III. Relief

I request the relief provided me under the Stored Communications Act (18 U.S.C. § 2707(b)(c)). To be awarded from the Broward County Sheriff's Office $94,000 xx/100 in damages for the 94 seperate cellular tower location records unlawfully obtained from Verizon Wireless and $906,000 xx/100 in punitive damages. To be awarded from Verizon Wireless $94,000 xx/100 in damages and $906,000 xx/100 in punitive damages for unlaw disclosing the above stated information, and for both violating my Fourth Amendment rights.

IV. Jury Demand

Yes, I demand a jury trial.

Signed this 8th day of July, 2011

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 8th, 2011

_____
(Signature of Plaintiff)

*Exhibit "A" page 1 of 2*

STATE OF FLORIDA,                           CASE NO: 09-4970CF10A
       Plaintiff,

v.

GABRIEL NOCK,
       Defendant.

---

## LIST OF DISCOVERY DOCUMENTS

| DOCUMENT: | PAGES: |
|---|---|
| 1. Statement of Kevin Dewitt dated 3/17/09 | 5 |
| 2. Statement of Kevin Dewitt dated 3/10/09 | 3 |
| 3. Statement of James Hanna dated 3/17/09 | 16 |
| 4. Statement of Paul Guralchuck dated 3/10/09 | 4 |
| 5. Statement of Jim Goff dated 3/10/09 | 17 |
| 6. Statement of James Goff dated 3/17/09 | 6 |
| 7. Statement of Armando Siraso dated 3/10/09 | 11 |
| 8. Statement of Sophia Jaborov dated 3/10/09 | 10 |
| 9. Wilton Manors Police Report authored by Ofc. Fertig dated 3/10/09 | 5 |
| 10. Wilton Manors Police Report authored by Ofc. Pilewski dated 3/11/09 | 2 |
| 11. Wilton Manors Police Report authored by Ofc. Pilewski dated 3/12/09 | 1 |
| 12. Wilton Manors Police Report authored by Ofc. Blocker dated 3/12/09 | 1 |
| 13. Probable Cause Affidavit authored by Det. Rivera | 2 |
| 14. Broward General Medical Center Record of Gabriel Nock | 5 |
| 15. DNA Consent Form dated 3/16/09 | 1 |
| 16. Medical Examiner's Report | 10 |
| 17. Property Receipts signed by Det. Luis Rivera | 2 |
| 18. Property Receipts signed by Det. David Nicholson | 11 |
| 19. BSO Vehicle and Storage Receipt for Infiniti SUV | 1 |
| 20. Pen Register Order Sealing Affidavit and Search Warrant | 1 |
| − 21. Pen Register Order to Release Location Information | 1 |
| − 22. Pen Register Application for Order to Release Location Info | 3 |
| − 23. Pen Register Application for Order Authorizing Installation | 3 |
| − 24. Pen Register Order | 3 |
| − 25. Exigent Situation Form for Verizon Wireless | 1 |
| 26. Publix Receipt dated 3/10/09 | 1 |
| 27. Publix Digital Images dated 3/10/09 | 3 |
| 28. 7-11 Receipt dated 3/11/09 | 1 |

\* Exhibit "A" page 2 of 2 \*

| | |
|---|---|
| 29. 7-11 Daily Load Report Detail dated 3/10/09 | 1 |
| 30. 7-11 Digital Image dated 3/10/09 | 1 |
| 31. Target Receipt dated 3/10/09 | 2 |
| 32. Target Digital Images dated 3/10/09 | 3 |
| 33. Gap Receipt dated 3/10/09 | 4 |
| 34. Gap Still Photos dated 3/10/09 | 3 |
| 34. Oro Gold Receipt dated 3/10/09 | 1 |
| 35. Larry phone number | 1 |
| 36. Still Photos Oro Gold dated 3/10/09 | 2 |
| 37. Athlete's Foot Receipt dated 3/10/09 | 1 |
| 38. Still Photos from Athletes foot and shoe photos dated 3/10/09 | 6 |
| 39. Walgreens Receipt 3/11/09 | 1 |
| 40. Walgreens Still Photos | 6 |
| 41. Publix Receipt dated 3/11/09 | 1 |
| 42. Publix Still Photos dated 3/11/09 | 4 |
| 43. Security Camera Still Photos dated 3/10/09 and 3/11/09 | 9 |
| 44. Citi Bank Transactions | 15 |
| 45. Defendant's Cell Phone Records dated 3/09/09-3/11/09 | 2 |
| 46. BSO Forensic Artist Report dated 3/12/09 by John McMahon and Sketch | 2 |
| 47. Crime Stopper /News Releases | 8 |
| 48. Indictment dated 4/1/09 | 2 |

*Exhibit B page 1 of 3*

| SWITCH | Call Date | Call Time | Orig C/G | Orig Cell Face | Term C/G | Term Cell Face | DIR | MDN | Called # | CPN | SZR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jupiter | 3/13/2009 | 21:14:09 | 0 | 0 = Not Available | 642 | 0 = Not Available | MF | (954) 547-8019 | (954) 547-8019 | (954) 663-8426 | 51 |
| Jupiter | 3/13/2009 | 20:09:52 | 0 | 0 = Not Available | 642 | 0 = Not Available | MF | (954) 547-8019 | (954) 547-8019 | (954) 663-8426 | 28 |
| Jupiter | 3/13/2009 | 20:03:09 | 0 | 0 = Not Available | 642 | 0 = Not Available | MF | (954) 547-8019 | (954) 547-8019 | (954) 663-8426 | 4 |
| Jupiter | 3/13/2009 | 20:02:53 | 0 | 0 = Not Available | 642 | 0 = Not Available | MF | (954) 547-8019 | (954) 547-8019 | (954) 663-8426 | 6 |
| Jupiter | 3/13/2009 | 20:01:24 | 0 | 0 = Not Available | 642 | 0 = Not Available | MF | (954) 547-8019 | (954) 547-8019 | (954) 663-8426 | 5 |
| Miami2 | 3/13/2009 | 9:38:11 | 114 | 3 = Beta | 0 | 4 = Gamma | MO | (954) 547-8019 | (302) 682-3125 | (954) 547-8019 | 2 |
| Miami2 | 3/13/2009 | 9:33:07 | 114 | 3 = Beta | 522 | 4 = Gamma | MO | (954) 547-8019 | (302) 682-3125 | (954) 547-8019 | 303 |
| Miami2 | 3/13/2009 | 9:32:57 | 114 | 3 = Beta | 1832 | 4 = Gamma | MO | (954) 547-8019 | (302) 682-3125 | (954) 547-8019 | 9 |
| Jupiter | 3/12/2009 | 22:50:08 | null | 0 = Not Available | null | 0 = Not Available | LL | (954) 547-8019 | (786) 566-5124 | (302) 569-0047 | 60 |
| Miami2 | 3/12/2009 | 22:50:06 | 458 | 3 = Beta | 163 | 3 = Beta | MT | (954) 547-8019 | (954) 547-8019 | (302) 569-0047 | 56 |
| Miami2 | 3/12/2009 | 22:15:02 | 458 | 3 = Beta | 163 | 3 = Beta | MT | (954) 547-8019 | (954) 547-8019 | (302) 569-0047 | 1393 |
| Jupiter | 3/12/2009 | 22:15:01 | null | 0 = Not Available | null | 0 = Not Available | LL | (954) 547-8019 | (954) 547-8019 | (302) 682-3125 | 1400 |
| Miami2 | 3/12/2009 | 20:37:35 | 163 | 3 = Beta | 520 | 3 = Beta | MO | (954) 547-8019 | (786) 566-4834 | (302) 682-3125 | 54 |
| Miami2 | 3/12/2009 | 20:37:26 | 163 | 3 = Beta | 1833 | 3 = Beta | MO | (954) 547-8019 | (302) 249-4365 | (954) 547-8019 | 9 |
| Jupiter | 3/12/2009 | 15:04:29 | 0 | 0 = Not Available | 642 | 0 = Not Available | MF | (954) 547-8019 | (302) 249-4365 | (954) 547-8019 | 7 |
| Miami2 | 3/12/2009 | 13:49:34 | 163 | 3 = Beta | 520 | 3 = Beta | MO | (954) 547-8019 | (954) 547-8019 | (866) 740-4297 | 25 |
| Miami2 | 3/12/2009 | 13:49:25 | 163 | 3 = Beta | 1833 | 3 = Beta | MO | (954) 547-8019 | (302) 682-3125 | (954) 547-8019 | 8 |
| Jupiter | 3/12/2009 | 12:03:33 | 0 | 0 = Not Available | 642 | 0 = Not Available | MF | (954) 547-8019 | (302) 682-3125 | (954) 547-8019 | 2 |
| Jupiter | 3/12/2009 | 12:03:29 | 0 | 0 = Not Available | 1868 | 0 = Not Available | MF | (954) 547-8019 | (954) 547-8019 | (866) 740-4297 | 2 |
| Jupiter | 3/12/2009 | 12:03:28 | 0 | 0 = Not Available | 642 | 0 = Not Available | MF | (954) 547-8019 | (954) 547-8019 | (866) 740-4297 | 2 |
| Jupiter | 3/12/2009 | 12:03:25 | 0 | 0 = Not Available | 642 | 0 = Not Available | MF | (954) 547-8019 | (954) 547-8019 | (866) 740-4297 | 10 |
| Jupiter | 3/12/2009 | 9:07:32 | 0 | 0 = Not Available | 642 | 0 = Not Available | MF | (954) 547-8019 | (954) 547-8019 | (866) 740-4297 | 7 |
| Jupiter | 3/12/2009 | 2:21:28 | 0 | 0 = Not Available | 642 | 0 = Not Available | MF | (954) 547-8019 | (954) 547-8019 | (866) 740-4297 | 4 |
| Jupiter | 3/12/2009 | 2:20:20 | 0 | 0 = Not Available | 642 | 0 = Not Available | MF | (954) 547-8019 | (954) 547-8019 | (302) 682-3125 | 4 |
| Jupiter | 3/12/2009 | 2:18:31 | 0 | 0 = Not Available | 642 | 0 = Not Available | MF | (954) 547-8019 | (954) 547-8019 | (302) 682-3125 | 4 |
| Jupiter | 3/12/2009 | 2:18:17 | 0 | 0 = Not Available | 642 | 0 = Not Available | MF | (954) 547-8019 | (954) 547-8019 | (302) 682-3125 | 9 |
| Miami2 | 3/11/2009 | 17:12:23 | 458 | 2 = Alpha | 114 | 2 = Alpha | MT | (954) 547-8019 | (954) 547-8019 | (561) 503-1090 | 9 |
| Jupiter | 3/11/2009 | 16:07:33 | null | 0 = Not Available | null | 0 = Not Available | LL | (954) 547-8019 | (954) 547-8019 | (302) 682-3125 | 224 |
| Miami2 | 3/11/2009 | 16:07:31 | 114 | 2 = Alpha | 520 | 3 = Beta | MO | (954) 547-8019 | (786) 566-5964 | (302) 682-3125 | 228 |
| Miami2 | 3/11/2009 | 15:45:02 | 114 | 2 = Alpha | 1832 | 2 = Alpha | MO | (954) 547-8019 | (302) 682-3125 | (954) 547-8019 | 941 |
| Jupiter | 3/11/2009 | 15:08:03 | 0 | 0 = Not Available | 642 | 0 = Not Available | MF | (954) 547-8019 | (302) 682-3125 | (954) 547-8019 | 9 |
| Miami2 | 3/11/2009 | 11:20:27 | 123 | 2 = Alpha | 520 | 2 = Alpha | MO | (954) 547-8019 | (954) 547-8019 | (954) 770-1392 | 6 |
| Jupiter | 3/11/2009 | 11:20:27 | 0 | 0 = Not Available | 642 | 0 = Not Available | MF | (954) 547-8019 | (954) 547-8019 | (954) 547-8019 | 10 |
| Miami2 | 3/11/2009 | 11:20:18 | 123 | 2 = Alpha | 1832 | 2 = Alpha | MO | (954) 547-8019 | (302) 682-3125 | (302) 682-3125 | 4 |
| Jupiter | 3/11/2009 | 8:55:04 | 0 | 0 = Not Available | 642 | 0 = Not Available | MF | (954) 547-8019 | (954) 547-8019 | (302) 682-3125 | 10 |

| Site | Date | Time | Col1 | Col2 | Val1 | Col3 | Col4 | Phone1 | Phone2 | Num |
|---|---|---|---|---|---|---|---|---|---|---|
| Jupiter | 3/11/2009 | 7:44:27 | 292 | 3 = Beta | 593 | 3 = Beta | MO | (954) 547-8019 | (1800) 571-1376 | (954) 547-8019 | 65 |
| Jupiter | 3/11/2009 | 7:44:16 | 292 | 3 = Beta | 1832 | 3 = Beta | MO | (954) 547-8019 | (1800) 571-1376 | (954) 547-8019 | 9 |
| Jupiter | 3/11/2009 | 7:42:24 | 292 | 3 = Beta | 593 | 3 = Beta | MO | (954) 547-8019 | (1877) 297-4438 | (954) 547-8019 | 99 |
| Jupiter | 3/11/2009 | 7:42:14 | 292 | 3 = Beta | 1833 | 3 = Beta | MO | (954) 547-8019 | (1877) 297-4438 | (954) 547-8019 | 9 |
| Miami2 | 3/11/2009 | 2:10:13 | 163 | 3 = Beta | 1832 | 3 = Beta | MO | (954) 547-8019 | (1508) 498-2515 | (954) 547-8019 | 2 |
| Miami2 | 3/11/2009 | 2:09:13 | 163 | 3 = Beta | 520 | 4 = Gamma | MO | (954) 547-8019 | (1508) 498-2515 | (954) 547-8019 | 59 |
| Miami2 | 3/11/2009 | 2:09:04 | 163 | 3 = Beta | 1833 | 4 = Gamma | MO | (954) 547-8019 | (1508) 498-2515 | (954) 547-8019 | 8 |
| Miami2 | 3/11/2009 | 2:08:56 | 163 | 3 = Beta | 0 | 3 = Beta | MO | (954) 547-8019 | (1508) 498-2515 | (954) 547-8019 | 2 |
| Miami2 | 3/11/2009 | 2:08:28 | 163 | 3 = Beta | 522 | 3 = Beta | MO | (954) 547-8019 | (1) 508-4515 | (954) 547-8019 | 17 |
| Miami2 | 3/11/2009 | 2:08:19 | 163 | 3 = Beta | 1832 | 3 = Beta | MO | (954) 547-8019 | (1508) 468-2515 | (954) 547-8019 | 8 |
| Jupiter | 3/10/2009 | 17:59:38 | 516 | 3 = Beta | 12 | 3 = Beta | MT | (954) 547-8019 | (1508) 468-2515 | (954) 682-3125 | 43 |
| Jupiter | 3/10/2009 | 17:17:33 | 516 | 3 = Beta | 12 | 4 = Gamma | MT | (954) 547-8019 | (1508) 468-2515 | (954) 682-3125 | 16 |
| Jupiter | 3/10/2009 | 17:13:53 | 12 | 2 = Alpha | 642 | 3 = Beta | MF | (954) 547-8019 | (954) 547-8019 | (302) 569-0047 | 29 |
| Jupiter | 3/10/2009 | 17:02:47 | 33 | 3 = Beta | 642 | 2 = Alpha | MO | (954) 547-8019 | (954) 547-8019 | (302) 682-3125 | 37 |
| Jupiter | 3/10/2009 | 15:52:55 | 33 | 3 = Beta | 521 | 3 = Beta | MO | (954) 547-8019 | (954) 547-8019 | (302) 682-3125 | 24 |
| Jupiter | 3/10/2009 | 15:52:44 | 33 | 3 = Beta | 1833 | 3 = Beta | MO | (954) 547-8019 | (302) 569-0047 | (954) 547-8019 | 10 |
| Jupiter | 3/10/2009 | 15:52:34 | 33 | 3 = Beta | 1832 | 3 = Beta | MO | (954) 547-8019 | (302) 569-0047 | (954) 547-8019 | 6 |
| Jupiter | 3/10/2009 | 14:20:10 | 85 | 4 = Gamma | 524 | 3 = Beta | MO | (954) 547-8019 | (302) 682-3125 | (954) 547-8019 | 353 |
| Jupiter | 3/10/2009 | 14:20:00 | 85 | 4 = Gamma | 1832 | 3 = Beta | MO | (954) 547-8019 | (302) 682-3125 | (954) 547-8019 | 9 |
| Jupiter | 3/10/2009 | 8:59:03 | 33 | 3 = Beta | 593 | 3 = Beta | MO | (954) 547-8019 | (1800) 314-2804 | (954) 547-8019 | 59 |
| Jupiter | 3/10/2009 | 8:58:53 | 33 | 3 = Beta | 1832 | 3 = Beta | MO | (954) 547-8019 | (1800) 314-2804 | (954) 547-8019 | 9 |
| Jupiter | 3/9/2009 | 22:43:20 | 516 | 3 = Beta | 33 | 3 = Beta | MT | (954) 547-8019 | (954) 547-8019 | (302) 569-0047 | 450 |
| Jupiter | 3/9/2009 | 22:02:55 | 33 | 3 = Beta | 524 | 3 = Beta | MO | (954) 547-8019 | (302) 569-0047 | (954) 547-8019 | 31 |
| Jupiter | 3/9/2009 | 22:02:47 | 33 | 3 = Beta | 1833 | 3 = Beta | MO | (954) 547-8019 | (302) 569-0047 | (954) 547-8019 | 8 |
| Jupiter | 3/9/2009 | 21:48:04 | 537 | 3 = Beta | 33 | 3 = Beta | MT | (954) 547-8019 | (954) 547-8019 | (561) 503-1090 | 859 |
| Jupiter | 3/9/2009 | 19:56:15 | 33 | 3 = Beta | 521 | 3 = Beta | MO | (954) 547-8019 | (302) 682-3125 | (954) 547-8019 | 153 |
| Jupiter | 3/9/2009 | 19:56:04 | 33 | 3 = Beta | 1832 | 3 = Beta | MO | (954) 547-8019 | (302) 682-3125 | (954) 547-8019 | 9 |
| Jupiter | 3/9/2009 | 19:38:30 | 33 | 3 = Beta | 2402 | 3 = Beta | MO | (954) 547-8019 | (954) 298-7252 | (954) 547-8019 | 109 |
| Jupiter | 3/9/2009 | 19:38:22 | 33 | 3 = Beta | 1832 | 3 = Beta | MO | (954) 547-8019 | (954) 298-7252 | (954) 547-8019 | 8 |
| Jupiter | 3/9/2009 | 18:58:09 | 33 | 3 = Beta | 593 | 2 = Alpha | MO | (954) 547-8019 | (1800) 571-1376 | (954) 547-8019 | 84 |
| Jupiter | 3/9/2009 | 18:57:58 | 33 | 2 = Alpha | 1832 | 2 = Alpha | MO | (954) 547-8019 | (1800) 571-1376 | (954) 547-8019 | 9 |
| Jupiter | 3/9/2009 | 18:19:08 | 534 | 3 = Beta | 311 | 3 = Beta | MT | (954) 547-8019 | (954) 547-8019 | (954) 770-1392 | 65 |
| Jupiter | 3/9/2009 | 18:03:15 | 311 | 3 = Beta | 538 | 3 = Beta | MO | (954) 547-8019 | (954) 770-1392 | (954) 547-8019 | 109 |
| Jupiter | 3/9/2009 | 18:03:04 | 311 | 3 = Beta | 1832 | 3 = Beta | MO | (954) 547-8019 | (954) 770-1392 | (954) 547-8019 | 9 |
| Jupiter | 3/9/2009 | 17:58:50 | 516 | 3 = Beta | 311 | 3 = Beta | MO | (954) 547-8019 | (954) 547-8019 | (302) 682-3125 | 67 |
| Jupiter | 3/9/2009 | 17:58:09 | 82 | 2 = Alpha | 521 | 2 = Alpha | MT | (954) 547-8019 | (302) 682-3125 | (954) 547-8019 | 29 |
| Jupiter | 3/9/2009 | 17:57:58 | 82 | 2 = Alpha | 1833 | 4 = Gamma | MO | (954) 547-8019 | (302) 682-3125 | (954) 547-8019 | 9 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Jupiter | 3/9/2009 | 17:30:35 | 516 | 2 = Alpha | 82 | 2 = Alpha | MT | (954) 547-8019 | (954) 547-8019 | (302) 682-3125 | 23 |
| Jupiter | 3/9/2009 | 17:15:49 | 0 | 0 = Not Available | 642 | 0 = Not Available | MF | (954) 547-8019 | (954) 547-8019 | (302) 682-3125 | 4 |
| Jupiter | 3/9/2009 | 15:08:15 | 2401 | 2 = Alpha | 82 | 2 = Alpha | MT | (954) 547-8019 | (954) 547-8019 | (401) 639-9862 | 26 |
| Jupiter | 3/9/2009 | 14:56:47 | 82 | 2 = Alpha | 521 | 2 = Alpha | MO | (954) 547-8019 | (401) 639-9862 | (954) 547-8019 | 43 |
| Jupiter | 3/9/2009 | 14:56:38 | 82 | 2 = Alpha | 1833 | 2 = Alpha | MO | (954) 547-8019 | (401) 639-9862 | (954) 547-8019 | 7 |
| Jupiter | 3/9/2009 | 13:50:05 | 82 | 2 = Alpha | 524 | 2 = Alpha | MO | (954) 547-8019 | (401) 639-9862 | (954) 547-8019 | 176 |
| Jupiter | 3/9/2009 | 13:49:57 | 82 | 2 = Alpha | 1832 | 2 = Alpha | MO | (954) 547-8019 | (401) 639-9862 | (954) 547-8019 | 7 |
| Jupiter | 3/9/2009 | 12:35:47 | 82 | 2 = Alpha | 1896 | 2 = Alpha | MO | (954) 547-8019 | (302) 542-3717 | (954) 547-8019 | 209 |
| Jupiter | 3/9/2009 | 12:35:39 | 82 | 2 = Alpha | 1833 | 2 = Alpha | MO | (954) 547-8019 | (302) 542-3717 | (954) 547-8019 | 7 |
| Jupiter | 3/9/2009 | 12:22:42 | 516 | 2 = Alpha | 82 | 2 = Alpha | MT | (954) 547-8019 | (954) 547-8019 | (302) 569-0047 | 312 |
| Jupiter | 3/9/2009 | 11:52:29 | 516 | 2 = Alpha | 82 | 2 = Alpha | MT | (954) 547-8019 | (954) 547-8019 | (302) 682-3125 | 1629 |
| Jupiter | 3/9/2009 | 11:51:31 | 82 | 2 = Alpha | 524 | 2 = Alpha | MO | (954) 547-8019 | (302) 569-0047 | (954) 547-8019 | 40 |
| Jupiter | 3/9/2009 | 11:51:21 | 82 | 2 = Alpha | 1832 | 2 = Alpha | MO | (954) 547-8019 | (302) 569-0047 | (954) 547-8019 | 10 |
| Jupiter | 3/9/2009 | 10:04:17 | 311 | 2 = Alpha | 593 | 3 = Beta | MO | (954) 547-8019 | (1800) 314-2804 | (954) 547-8019 | 150 |
| Jupiter | 3/9/2009 | 10:04:06 | 311 | 2 = Alpha | 1833 | 3 = Beta | MO | (954) 547-8019 | (1800) 314-2804 | (954) 547-8019 | 9 |
| Jupiter | 3/9/2009 | 9:07:33 | 451 | 3 = Beta | 33 | 2 = Alpha | MT | (954) 547-8019 | (954) 547-8019 | (866) 740-4136 | 54 |
| Jupiter | 3/9/2009 | 0:53:48 | 534 | 3 = Beta | 33 | 3 = Beta | MT | (954) 547-8019 | (954) 547-8019 | (954) 770-1392 | 16 |
| Jupiter | 3/9/2009 | 0:53:17 | 534 | 3 = Beta | 33 | 3 = Beta | MT | (954) 547-8019 | (954) 547-8019 | (954) 770-1392 | 20 |
| Jupiter | 3/9/2009 | 0:52:33 | 33 | 3 = Beta | 538 | 3 = Beta | MO | (954) 547-8019 | (954) 770-1392 | (954) 547-8019 | 34 |
| Jupiter | 3/9/2009 | 0:52:24 | 33 | 3 = Beta | 1833 | 3 = Beta | MO | (954) 547-8019 | (954) 770-1392 | (954) 547-8019 | 8 |
| Jupiter | 3/9/2009 | 0:52:08 | 33 | 3 = Beta | 1832 | 3 = Beta | MO | (954) 547-8019 | (954) 770-1392 | (954) 547-8019 | 11 |

*Exhibit "C" page 1 of 1*



# EXIGENT SITUATION

TO: **Cellco Partnership d/b/a Verizon Wireless**
Custodian of Records
180 Washington Valley Road
Bedminster, New Jersey 07921
Phone: (800) 451-5242 press "4"      Fax: (908) 306-7501

RE:   Cellular No: (954) 547 - 8019

Call to: (____) _____ - _____ on _____ at _____
         Destination Number            Date        Time

Our agency is handling an exigent situation, __Homicide Investigation__, that **does** potentially involve the danger of death or serious physical injury to a person, necessitating the immediate release of information and/or making service-effecting changes to the above referenced mobile number and/or call. Accordingly, I will provide the required legal process (i.e., court order for location information) by the end of the next business day.

### Information for verification purposes:

Name: __EFRAIN O. TORRES__        Rank/Title: __Detective__
Law Enforcement Agency: __Broward ~~Sher~~ County Sheriff's Office__
Address: __2601 W Broward Blvd Fort Lauderdale FL 333__
Phone No: __954-847-8135__     Fax No: __954-32__

Please provide the following information to the above fax number as soon as possible:
1. Subscriber info
2. Pen Register w/ cell site info.

By signing this form, we swear under penalty of perjury to the facts contain

Requesting officer/agent signature: __Efrain O. Torres__
Commanding officer/ department head signature: __[signature]__
Lieutenant Robert E. O'Neil, CCN #4664

If the commanding officer or department head is unavailable at the time of this request, provide the signature within 24 hours of receipt of the information from Verizon Wireless.

Requesting officer/agent signature: _____   Date

ExigentA_1.27.04           Distribution Lieutenant Robert E. O'Neil, CCN #4664